IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREW S. JOHNSON, on behalf of himself and all others, similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOLKSWAGEN GROUP OF AMERICA, INC., )<br>)<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>4:15-cv-00261-WTM-GRS |

## ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING THE TRANSFER ORDER OF THE MULTIDISTRICT LITIGATION COURT

Having considered the Parties' Consent Motion to Stay Proceedings Pending the Transfer Order of the Multidistrict Litigation Court and accompanying Memorandum of Law, IT IS HEREBY ORDERED that all proceedings in this action are stayed, including the filing of responsive pleadings or motions, until such time as the Judicial Panel on Multidistrict Litigation decides whether to transfer this action to multidistrict litigation for coordinated or consolidated pretrial

proceedings.

So ORDERED this 29th day of October 2015.

_____
G.R. Smith, Magistrate Judge
United States District Court
Southern District of Georgia